UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR17-300-RSL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ROMAN LAZARCHUK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Distribution of Heroin (four counts); Forfeiture Allegation

<u>Date of Detention Hearing</u>:    December 5, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to

DETENTION ORDER
PAGE -1

both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant was born in the Ukraine and came to this country as a child. He is a lawful permanent resident of the United States, and faces possible immigration consequences if convicted of the instant offenses. He has a serious substance abuse habit of many years. He has relapsed from drug treatment on several occasions. He resides with his parents and is separated from his wife. He is self-employed as a remodeler. According to the case agent, a number of firearms, heroin, and cash was seized in a search by Snohomish county agents in June 2016, and firearms, a ballistic vest and a loaded pistol were found in a search by federal agents in November 2017. His criminal record includes a number of failures to appear resulting in bench warrants.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of December, 2017.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge