JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN LAZARCHUK,<br><br>Defendant. | No. CR17-300-RSL<br><br>(~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the unopposed motion extend the pretrial motions deadline and all the records in this case.

IT IS NOW ORDERED that pretrial motions shall be filed no later than January 11, 2018.

DATED this 26th day of December, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ashwin Cattamanchi*
Assistant Federal Public Defender
Attorney for Roman Lazarchuk

ORDER TO EXTEND PRETRIAL MOTIONS
DUE DATE
(*Roman Lazarchuk*, CR17-300-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100