UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>ROMAN LAZARCHUK,<br><br>    Defendant. | No. CR17-300 RSL<br><br>STIPULATION TO WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[CLERK'S ACTION REQUIRED] |

At the request of the defendnat, Jeffrey L. Kradel is substituting as attorney of record in this matter, and the Federal Public Defender, and attorney Ashwin Cattamanchi, are withdrawing

DATED this ___8___ day of January, 2018.

/s Jeffrey Kradel
Jeffrey L. Kradel, WSBA #26767
Substituting Attorney

Approved by email on 1/8/24[?]
Withdrawing Attorney

[signature]
Roman Lazarchuk

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

**KRADEL DEFENSE PLLC**
1001 4TH Ave., Suite 4050
Seattle, Washington 98154

jeff@kradeldefense.com

### Approval of Stipulation

The Court, having reviewed the above-stipulation, does hereby approve it and Mr. Kradel shall be substituted as counsel for Mr. Lazarchuk.

Dated this 11th day of January, 2018.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
United States District Court

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

**KRADEL DEFENSE PLLC**
1001 4TH Ave., Suite 4050
Seattle, Washington 98154

jeff@kradeldefense.com