IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-300 RSL |
| Plaintiff, | |
| v. | ORDER RESETTING MOTIONS DEADLINE |
| ROMAN LAZARCHUK | |
| Defendant. | |

The Court having received and considered the Agreed Motion to Reset Motions Deadline, and being fully advised of the same, it is hereby ORDERED:

The deadline for filing pretrial motions is now April 12, 2018.

DATED this 5th day of April, 2018.

*/s/ Robert S. Lasnik*

The Honorable Robert S. Lasnik
United States District Court Judge

ORDER RESETTING MOTIONS DEADLINE
AND RESET MOTIONS DEADLINE
- Page 1

KRADEL DEFENSE PLLC
1001 4th Ave., Suite 4050
Seattle, Washington 98154
jeff@kradeldefense.com